UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

EASTGATE WHITEHOUSE, LLC,

      Post-confirmation Debtor.

Chapter 11

Case No.: 22-22635 (SHL)

------------------------------------------------------------------X
DAVID WALLACE, as Chapter 11 Plan
Administrator of the ESTATE OF
EASTGATE WHITEHOUSE, LLC,

        Plaintiff,

    -against-

BIG MAN CITY LAUNDRY LIMITED,
WILLIAM W. KOEPPEL and HARRISON KOEPPEL,

        Defendants.

Adv. Proc. No.: 24- 07015 (SHL)

------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.
COUNTY OF NASSAU )

  FLORENCE JEAN-JOSEPH, being duly sworn, deposes and says:

  That deponent is not a party to this action, is over 18 years of age and resides in the County of Queens in the State of New York;

  On June 28, 2024, deponent caused to be served a true and correct copy of each of the **ADVERSARY COMPLAINT** [Adv. Pro. Dkt. No. 1], the **MOTION FOR ENTRY OF AN ORDER SHORTENING THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** with attachments **[**Adv. Pro. Dkt. No. 2]; and **NOTICE OF PRESENTMENT OF MOTION TO SHORTEN TIME TO ANSWER COMPLAINT** [Dkt. No. 3] via Electronic Mail upon the following:

Matthew V. Spero, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926

 - And -

  On July 1, 2024, deponent caused to be served a true and correct copy of each of the **ADVERSARY COMPLAINT** [Adv. Pro. Dkt. No. 1], the **MOTION FOR ENTRY OF AN ORDER SHORTENING THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** with attachments **[**Adv. Pro. Dkt. No. 2]; and **NOTICE OF PRESENTMENT OF MOTION TO SHORTEN TIME TO ANSWER COMPLAINT** [Dkt. No. 3] via Federal Express for overnight delivery and/or by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in

an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the following parties listed on the attached Service List.

                                                                */s/ Florence Jean-Joseph*
                                                                Florence Jean-Joseph

Sworn before me this
2nd day of July, 2024

    */s/ Linda Klemballa*
Linda Klemballa
Notary Public, State of New York
No. 01KL6130742, Suffolk County
Term Expires July 18, 2025

## Service List

**Via Federal Express**:
Big Man City Laundry Limited
6 Puritan Road
Rye, NY 10580

Harrison Koeppel
350 East 52nd Street, Apartment 4K
New York, NY 10022

William W. Koeppel
6 Puritan Road
Rye, NY 10580

**Via First-Class Mail**:
William W. Koeppel
6 Puritan Road
Rye, NY 10580

Big Man City Laundry Limited
6 Puritan Road
Rye, NY 10580

Harrison Koeppel
350 East 52nd Street, Apartment 4K
New York, NY 10022

Stuart Gordon, Esq,
Matthew V. Spero, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926

Cullen & Dykman LLP
Attn: Elizabeth Aboulafia, Esq,
C. Nathan Dee. Esq.
333 Earle Ovington Blvd, 2nd Floor
Uniondale, New York 11553

Office of the United States Trustee
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Bruce Zabarauskas, Esq.
Holland & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

03047031.DOCX