**WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP**

Michele L. Angell, Esq.
516-622-9200 Ext. 347
mangell@westermanllp.com

October 20, 2025

**VIA ECF**

Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

    Re:    *David Wallace, as Chapter 11 Plan Administrator of the Estate of Eastgate Whitehouse, LLC v. Big Man City Laundry Ltd., et al.*, Adv. Proc. No. 24-07015

Your Honor:

    We represent plaintiff David Wallace as the chapter 11 plan administrator ("Plaintiff" or the "Plan Administrator") for the post-confirmation debtor, Eastgate Whitehouse, LLC (the "Debtor") in the above-referenced adversary proceeding (the "Laundry Room Adversary Proceeding"). We write jointly on behalf of Plaintiff and the defendants in the Laundry Room Adversary Proceeding, Big Man City Laundry Limited, William W. Koeppel, and Harrison Koeppel (collectively, "Defendants," and together with Plaintiff, the "Parties"), as directed by the Court at the October 14, 2025, status conference in the Laundry Room Adversary Proceeding.

    We are pleased to report that the Parties have agreed on principal terms to settle the Laundry Room Adversary Proceeding (the "Settlement"). Accordingly, the Parties jointly, respectfully request that the Court pause all discovery deadlines in the Laundry Room Adversary Proceeding, including without limitation the document production deadline set for October 21, 2025, in the *Second Amended Scheduling and Pre-Trial Order* dated September 18, 2025 [Adv. Proc. Docket No. 43]. The Parties will promptly document the Settlement in a mutually acceptable form of settlement agreement, subject to approval of the Court under Rule 9019 of the Federal Rules of Bankruptcy Procedure.

    The Settlement does not release or resolve any claims against any defendant in the adversary proceeding styled *Wallace v. William W. Koeppel, et al.*, Adv. Proc. No. 24-07028, including without limitation any fraudulent conveyance claims as against Defendants William W.

Hon. Sean H. Lane
United States Bankruptcy Court
October 20, 2025
Page 2

Koeppel and/or Harrison Koeppel, in that action. All parties in such action reserve their rights with respect thereto.

Please feel free to contact the Parties with any questions.

Respectfully submitted,

*/s/ Michele L. Angell*

Michele L. Angell

cc: (via ECF and electronic mail)

Karen Park, Esq.
Frank Welzer, Esq.
Frank Oswald, Esq.
Minta Nester, Esq.

**MEMORANDUM ENDORSED ORDER:**
**The requested relief is granted. Within 14 days of this Order the parties shall submit an appropriate motion or stipulation to reflect their settlement on the record.**
**SO ORDERED:**
**Dated: October 20, 2025**
**/s/ Sean H. Lane**
**United States Bankruptcy Judge**